VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　Plaintiff,<br><br>　vs.<br><br>MINNEHAHA FOOD MARKET, INC.; DEAN WONG; and DOES 1-10,<br><br>　　Defendants. | Case No.: 3:25-cv-00333-AGS-JLB<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1       Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2   settlement has been reached in the above-captioned case and the parties would like
3   to avoid any additional expense and further the interests of judicial economy.
4   Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5   with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6   to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8   Respectfully submitted,

10  DATED:  April 22, 2025                 VALENTI LAW APC

12                                 By:   */s/ Matt Valenti*
13                                        Matt Valenti, Esq.
                                        Attorney for Plaintiff
14                                        Raul Uriarte-Limon