1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
   San Diego, CA 92117
4  Phone: (619) 540-2189
5
6  Attorney for Plaintiff Raul Uriarte-Limon
7
8
9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11
12 RAUL URIARTE-LIMON,                    Case No.: 3:25-cv-00333-AGS-JLB
13            Plaintiff,
                                          NOTICE OF VOLUNTARY
14     vs.                                DISMISSAL PURSUANT TO FED.
                                          RULE CIV. PROC. 41 (a)(1)(A)(i)
15
16 MINNEHAHA FOOD MARKET, INC.;
17 DEAN WONG; and DOES 1-10,
18
19            Defendants.
20
21
22
23
24
25
26
27
28

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  April 30, 2025                         VALENTI LAW APC


By:  */s/ Matt Valenti*
_____
Matt Valenti, Esq.
Attorney for Plaintiff
Raul Uriarte-Limon